IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Keyes, Walter L  
Keyes, Peggy J  
Printed: 10/29/08

Case Number: 08 B 02512  
Judge: Hollis, Pamela S  
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008  
Confirmed: March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,200.00 |  |
| Secured: |  | 841.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.73 |
| Trustee Fee: |  | 78.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 280.73 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 12,764.11 | 490.08 |
| 6. | Wells Fargo Financial Illinois Inc | Secured | 12,082.62 | 351.19 |
| 7. | Chase Home Finance | Secured | 30,555.02 | 0.00 |
| 8. | America's Servicing Co | Secured | 5,159.10 | 0.00 |
| 9. | Internal Revenue Service | Priority | 8,899.93 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 1,274.72 | 0.00 |
| 11. | Target National Bank | Unsecured | 26.39 | 0.00 |
| 12. | CitiFinancial Auto Credit Inc | Unsecured | 1,171.63 | 0.00 |
| 13. | Monterey Collection Service | Unsecured | 23.00 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 52.36 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 679.06 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 52.01 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 23.24 | 0.00 |
| 18. | Merrick Bank | Unsecured | 22.09 | 0.00 |
| 19. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 33.54 | 0.00 |
| 21. | Ginny's | Unsecured | 12.57 | 0.00 |
| 22. | Midnight Velvet | Unsecured | 15.28 | 0.00 |
| 23. | Jefferson Capital Systems LLC | Unsecured | 149.79 | 0.00 |
| 24. | Cook County Treasurer | Secured |  | No Claim Filed |
| 25. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 26. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Keyes, Walter L
Keyes, Peggy J
Printed: 10/29/08

Case Number:  08 B 02512
Judge:  Hollis, Pamela S
Filed:  2/5/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Fast Cash | Unsecured | | No Claim Filed |
| 28. | First Cash Advance | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 32. | Midland Credit Management | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | Professional Account Management | Unsecured | | No Claim Filed |
| 35. | Money Market | Unsecured | | No Claim Filed |
| 36. | Pay Day Loans | Unsecured | | No Claim Filed |
| 37. | Advance America | Unsecured | | No Claim Filed |
| | | | $ 74,996.46 | $ 1,122.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.00 |
| | $ 78.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

